In the Matter of the Application of Stanley D. Pearce for Admission to the Bar.— Application granted.   Present — Jenks, P. J., Thomas, Carr, Stapleton and Mills, JJ.

Moses Levy, Respondent, v. Morris & Company, Appellant.— Motion denied, without costs.   Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Johanna Miller Moosman, as Administratrix, etc., Appellant, v. The New York, New Haven and Hartford Railroad Company, Respondent.— Motion granted, without costs, and case set down for reargument on September 29, 1915.   Present — Jenks, P. J., Thomas, Carr and Stapleton, JJ. Mills, J., taking no part.

Francesco Pensabene, as Administrator, etc., Appellant, v. F. & J. Auditore Company, Respondent.— Motion for reargument denied, with ten dollars costs.   Present — Jenks, P. J., Thomas, Carr, Stapleton and Mills, JJ.

The People of the State of New York, Respondent, v. William Scharf, Appellant.— Motion granted.   Present — Jenks, P. J., Thomas, Carr, Stapleton and Mills, JJ.   Order to be settled before Mr. Justice Mills.

Lizzie Reddick, Respondent, v. New Jersey and New York Railroad Company, Appellant.— Motions denied, without costs.   Present — Jenks, P. J., Thomas, Carr and Stapleton, JJ.   Mills, J., taking no part.

Morris Salzman, Respondent, v. Eisenbach Realty and Construction Company, Appellant.— Motion denied, with ten dollars costs.   Present — Jenks, P. J., Thomas, Carr, Stapleton and Mills, JJ.

William H. Schofield, as Trustee, etc., Plaintiff, v. Rebecca Wolper and Others, Defendants.—Motion denied, without costs.   Present — Jenks, P. J., Thomas, Carr, Stapleton and Mills, JJ.

Joseph M. Wright, Respondent, v. Arthur B. Clark and Others, Appellants.— Motion denied upon condition that appellants perfect the appeal, place the case on the September calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present —Jenks, P. J., Thomas, Carr and Stapleton, JJ.   Mills, J., taking no part.

American Hardware Corporation of New York, Appellant, v. John L. Lyttle, as Trustee, etc., and Others, Defendants, Impleaded with New York County National Bank, Respondent.   Edward F. Caldwell and Victor F. Von Losberg and Others, Appellants.— Judgment affirmed, with costs.   No opinion.   Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

John J. Ascher, Respondent, v. Suffolk Traction Company, Appellant. — Judgment affirmed, with costs.   No opinion.   Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.